# UNITED STATES COURT OF APPEALS FOR THE ARMED FORCES

Monday, May 1, 2017

No. 16–0475/AF.   U.S. v. Nathan G. Wilson–Crow.   CCA 38706.   On further consideration of the granted issues (76 M.J. 59 (C.A.A.F. 2017)), and the briefs of the parties, it is ordered that the decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review under Article 66, Uniform Code of Military Justice, 10 U.S.C. § 866 (2012), to evaluate the case in light of *United States v. Fetrow*, 76 M.J. 181 (C.A.A.F. 2017), *United States v. McClour*, 76 M.J. 23 (C.A.A.F. 2017), and *United States v. Hills*, 75 M.J. 350 (C.A.A.F. 2016).

No. 17–0171/CG.   U.S. v. Koda M. Harpole.   CCA 1420.   On consideration of the petition for grant of review of the decision of the United States Coast Guard Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I.   WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION WHEN SHE ALLOWED A VICTIM ADVOCATE TO TESTIFY AS TO APPELLANT'S PRIVILEGED COMMUNICATIONS, IN VIOLATION OF M.R.E. 514.

II.   WHETHER THE TRIAL DEFENSE COUNSEL WERE INEFFEC-TIVE BY FAILING TO SUPPRESS APPELLANT'S UNWARNED AD-MISSIONS. THESE ADMISSIONS WERE MADE TO YNI NIPP WHEN SHE KNEW HE WAS A SUSPECT AND UNDER INVESTIGA-TION. SHE INTENDED TO REPORT THESE ADMISSIONS TO THE COMMAND AND QUESTIONED HIM WITHOUT ADVISING HIM OF HIS ART. 31, UCMJ, RIGHTS.

III.   UPON REQUEST BY THE DEFENSE COUNSEL AND USING A DEFENSE–DRAFTED INSTRUCTION, SHOULD THE MILITARY

JUDGE HAVE PROVIDED THE MEMBERS WITH AN EXPLANA-
TION OF THE TERM "INCAPABLE"?

Briefs will be filed under Rule 25 on Issues I and II only.·

Tuesday, May 2, 2017

No. 16–0658/AR.  U.S. v. Tyler F. Ho.  CCA 20140068.  On consideration of Appellant's motion to file out of time and motion to file supplemental matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motions are hereby denied.

No. 17–0381/AF.  U.S. v. Corey J. Campbell.  CCA 38875.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 18, 2017.

No. 17–0382/AF.  U.S. v. Sean M. Oliver.  CCA 38858.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 18, 2017.

Wednesday, May 3, 2017

No. 17–0109/AR.  U.S. v. Charles Bonilla.  CCA 20131084.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues III, IV, and V, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0132/AR.  U.S. v. Scott E. Kissell.  CCA 20160014.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on Issues I, II,